RHODINA MOORE v. McDONALD, INC.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SPAGNOLA.

February 19, 1982.

Petition for certification denied.

ELIZABETH WORDEN AND JAMES WORDEN v. INTERNATIONAL HOUSE OF PANCAKES.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT GUERRA, JR.

February 19, 1982.

Petition for certification granted.